97 A.3d 733

**Charles PARKER, Petitioner**

v.

**Hon. Judge Amanda COOPERMAN, et al., Respondents.**

**No. 79 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.